UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID LEE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01434-JPH-MG |
| | ) | |
| LARRY STORMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Plaintiff David Bailey's third motion to reconsider the initial partial filing fee. Dkt. 22. In that motion, Mr. Bailey states that he has no income or outside support.

In support of his motion, Mr. Bailey provided updated trust account information. Dkt. 23. Mr. Bailey's motion to reconsider the initial partial filing fee of $5.36, dkt. [22] **must be denied.** Mr. Bailey's most current trust account information shows that he has a balance of around fifty dollars. Dkt. 23. Mr. Bailey is incorrect in stating that he has no income and cannot afford the fee, and Mr. Bailey has had months to pay the fee in this case.

Mr. Bailey is warned that courts are empowered to either deny an *in forma pauperis* motion or dismiss a case outright if it becomes apparent that a movant has deliberately provided false information about their financial status in the motion. *See Robertson v. French*, 949 F.3d 347, 351-52 (7th Cir. 2020) (citing 28 U.S.C. § 1915(e)(2)(A)).

The Court *sua sponte* extends, for a final time, the deadline for Mr. Bailey to pay the initial partial filing fee to the clerk of the district court. Mr. Bailey shall have through **November 6, 2026,** to pay his assessed initial partial filing fee of $5.36 (Five Dollars am Thirty-Six Cents). **Failure to comply with this Order will result in the dismissal of this case for failure to pay the filing fee. Further extensions or motions to reconsider will be summarily denied.**

**SO ORDERED.**

Date: 10/23/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DAVID LEE BAILEY
303196
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only